**Salvatore CONSOLE, Plaintiff–Appellant,**

v.

**Jo Anne BARNHART, Commissioner of Social Security, Defendant–Appellee.**

**Docket No. 02–6116.**

United States Court of Appeals, Second Circuit.

Feb. 12, 2003.

Salvatore Console, Ridgewood, New York, for Appellant, pro se.

Claire S. Kedeshian, Assistant United States Attorney, New York, New York (Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York, Varuni Nelson and Kathleen Maho-

ney, Assistant United States Attorneys, on the brief), for Appellee.

Present: JACOBS, POOLER, Circuit Judges, and GLEESON, District Judge.*

### *SUMMARY ORDER*

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** the judgment of the district court be **AFFIRMED.**

Salvatore Console appeals from a final judgment of the United States District Court for the Eastern District of New York (Johnson, *J.*). Console brought suit challenging the determination of defendant Jo Anne Barnhart, Commissioner of Social Security, that plaintiff was not entitled to disability insurance benefits under the Social Security Act. The district court granted defendant's motion for judgment on the pleadings.

We affirm for substantially the reasons stated in the district court's opinion. *See Salvatore Console v. Jo Anne Barnhart*, 00 CV 5977(SJ) (E.D.N.Y. Mar. 13, 2002).

For the reasons stated herein, the judgment of the district court is hereby **AFFIRMED.**

---

* The Honorable John Gleeson, District Judge of the United States District Court for the East-

ern District of New York, sitting by designation.